**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 8:18-cr-75-T-02AEP

JOHN CHRISTOPHER ROBERTS

---

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The defendant, John Christopher Roberts, entered a plea of guilty to Counts One and Four of the Indictment before Magistrate Judge Anthony E. Porcelli on October 4, 2018. The Magistrate Judge issued a Report and Recommendation in which he recommended the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, John Christopher Roberts, be adjudicated guilty as to Counts One and Four of the Indictment.

3. That sentencing be scheduled for *January 16, 2019, at 9:00 AM.* **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 22nd day of October, 2018.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service