UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-75-T-02AEP

JOHN CHRISTOPHER ROBERTS

## APRIL 2019 JOINT STATUS REPORT

The United States of America and Jerry Theophilopoulos, attorney for John Christopher Roberts, hereby file this joint status report:

1. The United States charged Mr. Roberts in a four-count indictment for: conspiring with others to possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846 (Count One); possessing with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count Two); being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g) (Count Three); and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c) (Count Four). (Doc. 1.) There are no additional defendants in the case.

2. On September 27, 2018, the United States filed a jointly signed plea agreement in which the defendant agreed to plead guilty to Counts One and Four

and the United States agreed to dismiss Counts Two and Three. (Doc. 35.)

3. On October 4, 2018, the defendant formally plead guilty in a hearing conducted by United States Magistrate Judge Anthony E. Porcelli. (Doc. 37.)

4. On October 22, 2018, this Court accepted the defendant's guilty plea. (Doc. 42.) The Court scheduled sentencing for January 16, 2019. (*Id.*)

5. Based on the defendant's status as a witness in the pending case of *United States v. Jonathan Budowski*, 8:18-cr-204-T-23SPF, the Court has Ordered that this case be held in abeyance until the *Budowski* case is resolved. (Doc. 55; *see also* Docs. 51-54.)

6. The *Budowski* case remains open and is on Judge Steven D. Merryday's May trial calendar. The government expects the *Budowski* case to be resolved, one way or the other, next month.

7. Accordingly, the parties believe that the defendant is not yet ready for sentencing in this case. The parties respectfully request that the Court continue to hold this case in abeyance until Mr. Budowski's trial concludes or he resolves his case via a plea.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

        By:   */s/ Michael M. Gordon*
              Michael M. Gordon
              Assistant United Stated Attorney No. 182
              400 N. Tampa Street, Suite 3200
              Tampa, Florida 33602-4798
              Telephone: (813) 274-6000
              Facsimile: (813) 274-6358
              E-mail: michael.gordon3@usdoj.gov

| | |
|---|---|
| U.S. v. John Christopher Roberts | Case No. 8:18-cr-75-T-02AEP |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jerry Theophilopoulos, Esq.

*/s/ Michael M. Gordon*
Michael M. Gordon
Assistant United States Attorney, No. 182
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:     (813) 274-6178
E-mail: michael.gordon3@usdoj.gov