UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-75-T-02AEP

JOHN CHRISTOPHER ROBERTS

### MAY 2019 JOINT STATUS REPORT

The United States of America and Jerry Theophilopoulos, attorney for John Christopher Roberts, hereby file this joint status report:

1. The United States charged Mr. Roberts in a four-count indictment for: conspiring with others to possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846 (Count One); possessing with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count Two); being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g) (Count Three); and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c) (Count Four). (Doc. 1.) There are no additional defendants in the case.

2. On September 27, 2018, the United States filed a jointly signed plea agreement in which the defendant agreed to plead guilty to Counts One and Four

and the United States agreed to dismiss Counts Two and Three. (Doc. 35.)

3. On October 4, 2018, the defendant formally plead guilty in a hearing conducted by United States Magistrate Judge Anthony E. Porcelli. (Doc. 37.)

4. On October 22, 2018, this Court accepted the defendant's guilty plea. (Doc. 42.) The Court scheduled sentencing for January 16, 2019. (*Id.*)

5. Based on the defendant's status as a witness in the pending case of *United States v. Jonathan Budowski*, 8:18-cr-204-T-23SPF, the Court has Ordered that this case be held in abeyance until the *Budowski* case is resolved. (Doc. 55; *see also* Docs. 51-54.)

6. On May 2, 2019, Budowski plead guilty via a plea agreement with the government in front of Magistrate Judge Sean P. Flynn. Docs. 65, 68, 71-72. Judge Steven D. Merryday has not yet ruled on Magistrate Judge Flynn's Report and Recommendation that he accept Budowski's guilty plea, however. Doc. 73.

7. The parties believe that the defendant is now ready for sentencing in this case. The parties respectfully request that the Court schedule a sentencing date.

8. The defendant intends to seek protection for the dates of June 9-23, 2019, as the defendant's attorney will be out of the country during that span. Meanwhile, the government will seek protection for the dates of June 24-28, 2019 and July 8-12, 2019, as the assigned AUSA will be unavailable during those dates

due to vacation and a trial, respectively.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:   */s/ Michael M. Gordon*
       Michael M. Gordon
       Assistant United Stated Attorney No. 182
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: michael.gordon3@usdoj.gov

U.S. v. John Christopher Roberts        Case No. 8:18-cr-75-T-02AEP

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jerry Theophilopoulos, Esq.

*/s/ Michael M. Gordon*
Michael M. Gordon
Assistant United States Attorney, No. 182
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6178
E-mail: michael.gordon3@usdoj.gov